UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 05 CR 1 0 2 2 2 DPW |
| ) | CRIMINAL NO. |
| v. ) | VIOLATION: |
| ) | 18 U.S.C. § 922(g)(1)- |
| DARNELL UPSHAW ) | Felon in Possession of |
| ) | Ammunition |
| ) | |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 922(g)(1)- Felon in Possession of Ammunition)

The Grand Jury charges that:

On or about April 22, 2005, at Brockton, in the District of Massachusetts,

**DARNELL UPSHAW,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit: 50 rounds of American Eagle .25 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Cynthia W. Lie
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                    August 24, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

8/24/05 @ 2:55 pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** 05 CR 10222 DPW U.S. District Court - District of Massachusetts

**Place of Offense:** Brockton      **Category No.** II      **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R. 20/R. 40 from District of _____

**Defendant Information:**

Defendant Name   DARNELL UPSHAW      Juvenile  [ ] Yes  [X] No

Alias Name _____

Address   36 McClellan Street, Apt. 2, Dorchester, MA

Birth date (Year only): 82   SSN (last 4 #): 7636   Sex M   Race: ____   Nationality: ____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Cynthia Lie      Bar Number if applicable _____

Interpreter:  [ ] Yes  [X] No      List language and/or dialect: _____

Matter to be SEALED:   [X] Yes   [ ] No

[X] Warrant Requested      [ ] Regular Process      [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:   [ ] Petty ___   [ ] Misdemeanor ___   [X] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  8/22/05      Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): 05 CR-10222 DPW

Name of Defendant    DARNELL UPSHAW

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 922G(1) | Felon in possession ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**