AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Darnell Upshaw

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10222 DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Darnell Upshaw___
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

felon in possession of a ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Sh___ / Name of Issuing Officer

Operations Supervisor / Title of Issuing Officer

Signature of Issuing Officer

08-24-2005   Boston, MA
Date and Location

Received U.S. Marshal Service Boston, MA 2005 AUG 25 P 2: 31

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

WARRANT EXECUTED BY ATF
BY ARREST AND ARRAIGNMENT OF THE
DEFENDANT ON 8 25 2005

This warrant was received and executed with the arrest of the above-named defendant at ___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Darnell Upshaw

ALIAS:

LAST KNOWN RESIDENCE: 36 McClellan Street, Apt. 2, Dorchester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1982

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7636

HEIGHT:                                    WEIGHT:

SEX:                                       RACE:

HAIR:                                      EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: