UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
**UNITED STATES OF AMERICA**        )
                                   )
    v.                             )   CR No. 1:05-CR-10222-DPW
                                   )
**DARNELL UPSHAW**                  )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Anita B. Bapooji of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, Massachusetts, 02109 (email: abapooji@goodwinprocer.com) on behalf of Defendant Darnell Upshaw in the above-referenced matter. Mr. Apfel, also of Goodwin Procter, will continue to represent Mr. Upshaw along with Ms. Bapooji.

                                    DARNELL UPSHAW
                                    By his attorneys,


                                    /s/ Anita B. Bapooji
                                    David J. Apfel, Esq.
                                    Anita B. Bapooji, Esq.
                                    GOODWIN PROCTER, LLP
                                    Exchange Place
                                    53 State Street
                                    Boston, Massachusetts 02109
                                    Telephone: (617) 570-1000
                                    Facsimile: (617) 523-1231


Date: September 6, 2005

LIBA/1581802.1