UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-CR-10222 |
| ) | (DPW) |
| v. ) | |
| ) | |
| DARNELL UPSHAW ) | |

## STATUS REPORT

The United States of America and defendant Darnell Upshaw reply to this Court's December 12, 2005 Order as follows:

1.  *Anticipated Length of Trial, and Proposed Trial Date* – This is a relatively straightforward felon in possession of ammunition case. The parties anticipate that the trial will last less than one week. The parties propose that the trial take place in April 2006.

2.  *Pending or Contemplated Motions* – There are no pending motions. Defendant anticipates filing a number of *in limine* motions. In addition, defendant anticipates filing a motion challenging the racial composition of the jury venire.

3.  *Potential for Resolution Short of Trial* – As of now, it appears as if this case will proceed to trial.

4.  *Interpreter* – There is no need for an interpreter in this case.

5.  *Custody/Release Status* – Defendant is not in custody. He has been released on conditions.

6. *Fugitive Status* – Defendant is not a fugitive.

7. *Other Matters to be Addressed* – Not applicable.

>                   Respectfully submitted,
>                   MICHAEL J. SULLIVAN
>                   UNITED STATES ATTORNEY
>
> By:    /s/ Cynthia W. Lie (w/ permisssion DJA)
>                   CYNTHIA W. LIE
>                   Assistant U.S. Attorney
>                   One Courthouse Way
>                   Boston, MA
>                   (617) 748-3183

Dated: December 14, 2005

>                   DARNELL UPSHAW
>
> By:    /s/ David J. Apfel
>                   David J. Apfel (BBO # 551139)
>                   Anita B. Bapooji (BBO # 644657)
>                   GOODWIN PROCTER LLP
>                   Exchange Place
>                   Boston, MA 02109-2881
>                   617-570-1000
>                   **dapfel@goodwinprocter.com**
>                   **abapooji@goodwinprocter.com**

Dated: December 14, 2005

LIBA/1656412.1