UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) CRIMINAL NO. |
| v. | ) 05-10222-DPW<br>) |
| DARNELL UPSHAW<br>Defendant. | )<br>) |

### ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **3:00 P.M. ON MAY 11, 2006**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

BY THE COURT,
/s/ Michelle Rynne
Deputy Clerk

DATE: May 10, 2006