UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

       V.                     CRIMINAL NO 05-10222-DPW

DARNELL UPSHAW

## ORDER MODIFYING CONDITIONS OF RELEASE

WOODLOCK, D.J.

After a Rule 11 hearing on May 11, 2006, regarding Defendant Upshaw's conditions of pretrial release, it is hereby ORDERED that the Defendant's conditions of release are modified as follows:

1. Defendant's curfew shall be supervised through Electronic Monitoring, effective May 12, 2006. By May 12, 2006, the Defendant shall establish a working land-line telephone which is compatible in all respects with the Electronic Monitoring system, to ensure he may receive automated curfew calls;

2. The Defendant shall be at his place of residence at all times between his curfew hours of 9:00 p.m. and 6:00 a.m; and

3. All other conditions of release shall remain in full force and effect.

SO ORDERED.

                                                /s/ Douglas P. Woodlock
                                                DOUGLAS P. WOODLOCK
                                                UNITED STATES DISTRICT JUDGE

DATE: May 12, 2006