UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
       v.                           )   CR No. 1:05-CR-10222-DPW
                                    )
DARNELL UPSHAW                      )
_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ANITA BAPOOJI RYAN

Please withdraw the appearance of Anita Bapooji Ryan as counsel for the Defendant Darnell Upshaw in the above-captioned matter.

David J. Apfel of Goodwin Procter LLP continue his appearance as counsel of record for Mr. Upshaw.

Dated: January 17, 2007                Respectfully submitted,

                                       DARNELL UPSHAW

                                       By his attorneys,

                                       /s/ Anita Bapooji Ryan
                                       David J. Apfel (BBO #551139)
                                       Anita B. Bapooji Ryan (BBO #644657)
                                       GOODWIN PROCTER LLP
                                       Exchange Place
                                       53 State Street
                                       Boston, Massachusetts 02109
                                       Telephone: (617) 570-1000
                                       Facsimile: (617) 523-1231

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2007.

                                       /s/ Anita Bapooji Ryan

LIBA/1758422.1